**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

                    Case No. 26-40788(jmm)

AGI'S CAFE LLC

                  Debtor.       **CERTIFICATE OF**
                                          **SERVICE**

-----------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

I, Laura DeVoss certify that I am not a party of this action and am over the age of eighteen (18) years and reside in the State of Florida. I am an employee of Morrison Tenenbaum PLLC, who represents GAV Rest. Corp in the above-referenced matter. On June 9, 2026, I served copies of the Application to Dismiss Case [Dkt. No.24] to the parties listed on Exhibit A via First-Class Mail.


                                      /s/ Laura DeVoss
                                         Laura DeVoss

**<u>Exhibit A</u>**

1045 Union Associates LLC
747 Third Avenue
New York, NY 10017

Auto-Chlor
130-50 91st Avenue
Richmond Hill, NY 11418

Back Home Beer
129 Baltic Street, #2A
Brooklyn, NY 11201

ConEdison
4 Irving Place
New York, NY 10003

DGA Security
429 W 53rd Street
New York, NY 10019

Down East Seafood
311 Manida Street
Bronx, NY 10474

Liberty Mutual
1 Pierce Place, Suite 725W
Itasca, IL 60143

Lobster Place
1670 Old Country Road, Suite 202
Plainview, NY 11803

Natoora
26 Railroad Ave #117
Babylon, NY 11702

NY State
PO Box 5300
Albany, NY 12205

Office of the United States Trustee
Eastern District of New York (Brooklyn)
Alexander Hamilton Custom House One
Bowling Green, Room 510
New York, NY 10004-1415

The Fire Department of New York
9 MetroTech Center
Brooklyn, NY 11201

Toast
401 Park Dr, Suite 801
Boston, MA 02215

White Plains Linen
4 John Walsh Blvd
Peekskill, NY 10566