**Fill in this information to identify the case:**

Debtor 1     AGI'S CAFE LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of New York

Case number    1-26-40788-jmm

Official Form 410

# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1.  Who is the current creditor? | **1045 Union Associates, LLC** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2.  Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes.  From whom? |

3.  Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Kucker Marino et al, Attn: Joel Shafferman, Esq
Name

747 Third Avenue
Number        Street

New York            NY            10017
City                    State              ZIP Code

Contact phone (212) 869-5030

Contact email jshafferman@kuckermarino.com

**Where should payments to the creditor be sent? (if different)**

1045 Union Associates, LLC
Name

L Rose Realty Inc., 144 N. 7th Street, Box 504
Number        Street

Brooklyn            NY            11249
City                    State              ZIP Code

Contact phone (718) 472-1112

Contact email rtrezza@lroserealty.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4.  Does this claim amend one already filed? | ☑ No <br> ☐ Yes.   Claim number on court claims registry (if known) _____        Filed on _____ <br> MM  / DD  / YYYY |
| 5.  Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes.  Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___ |

7. How much is the claim?    $_____57,067.40 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Pre-petition rent, additional rent, and other charges

9. Is all or part of the claim secured?

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:**   _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                              $_____
Amount of the claim that is secured:     $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____57,067.40

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☐ No

☑ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    05/21/2026
                    MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Robert | Trezza |
|---|---|---|
| | First name | Middle name | Last name |

Title    Authorized Signatory

Company    1045 Union Associates, LLC c/o L Rose Realty Inc.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    144 N. 7th Street, Box 504
           Number        Street

Brooklyn                              NY        11249
City                                  State     ZIP Code

Contact phone    (718) 472-1112        Email    rtrezza@lroserealty.com

# TENANT LEDGER



**L ROSE REALTY INC**
144 N. 7th Street Box 504
Brooklyn, NY 11249
(718) 472-1112

**Prepared For**

Agi's Café LLC
(c)1045 Union Street Assoicates, LLC
1045 Union Street, Unit STORE_3
Brooklyn, NY 11225

| | | |
|---|---|---|
| **Tenant Status** | Current |
| **Tenant Since** | 06/28/2021 |
| **Current Lease** | 06/28/2021 |
| **Balance Due** | 71,933.07 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 05/07/2026 | Late Fee (05/2026) | 2,996.04 | 0.00 | 71,933.07 |
| 05/01/2026 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | 0.00 | 7,315.81 | 68,937.03 |
| 05/01/2026 | Commercial Rent (05/2026) | 7,315.81 | 0.00 | 76,252.84 |
| 04/30/2026 | Water/ Sewer (04/2026) | 874.28 | 0.00 | 68,937.03 |
| 04/10/2026 | Late Fee (04/2026) | 2,853.37 | 0.00 | 68,062.75 |
| 04/07/2026 | Legal Fee Bill # 308938 | 1,337.00 | 0.00 | 65,209.38 |
| 04/07/2026 | Legal Fee Bill# 308935 | 6,804.98 | 0.00 | 63,872.38 |
| 04/02/2026 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | 0.00 | 7,315.81 | 57,067.40 |
| 04/01/2026 | Commercial Rent (04/2026) | 7,315.81 | 0.00 | 64,383.21 |
| 03/10/2026 | Late Fee (03/2026) | 2,561.99 | 0.00 | 57,067.40 |
| 03/09/2026 | Legal Fee Bill # 304846 | 280.00 | 0.00 | 54,505.41 |
| 03/09/2026 | Legal Fee Bill # 304843 | 1,413.00 | 0.00 | 54,225.41 |
| 03/04/2026 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | 0.00 | 7,315.81 | 52,812.41 |
| 03/01/2026 | Commercial Rent (03/2026) | 7,315.81 | 0.00 | 60,128.22 |
| 02/10/2026 | Late Fee (02/2026) | 2,345.85 | 0.00 | 52,812.41 |
| 02/09/2026 | Legal Fee Bill # 300817 | 1,572.50 | 0.00 | 50,466.56 |
| 02/01/2026 | Commercial Rent (02/2026) | 7,315.81 | 0.00 | 48,894.06 |
| 01/30/2026 | Water/ Sewer (01/2026) | 717.19 | 0.00 | 41,578.25 |
| 01/13/2026 | Late Fee (01/2026) | 1,885.77 | 0.00 | 40,861.06 |
| 01/01/2026 | Commercial Rent (01/2026) | 7,315.81 | 0.00 | 38,975.29 |
| 12/10/2025 | Late Fee (12/2025) | 1,447.60 | 0.00 | 31,659.48 |
| 12/04/2025 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | 0.00 | 7,315.81 | 30,211.88 |
| 12/01/2025 | Commercial Rent (12/2025) | 7,315.81 | 0.00 | 37,527.69 |
| 11/31/2025 | Real Estate Taxes 2025/2026 | 14,979.17 | 0.00 | 30,211.88 |

| Date | Description | | | |
|---|---|---|---|---|
| 11/10/2025 | Late Fee (11/2025) | 1,057.00 | 0.00 | 23,457.52 |
| 11/01/2025 | Commercial Rent (11/2025) | 7,315.81 | 0.00 | 22,400.52 |
| 10/29/2025 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | 0.00 | 7,315.81 | 15,084.71 |
| 10/27/2025 | Water/ Sewer:07/31/2025 - 10/23/2025 | 647.21 | 0.00 | 22,400.52 |
| 10/10/2025 | Late Fee (10/2025) | 975.88 | 0.00 | 21,753.31 |
| 10/01/2025 | Commercial Rent (10/2025) | 7,315.81 | 0.00 | 20,777.43 |
| 09/12/2025 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | 0.00 | 692.29 | 13,461.62 |
| 09/12/2025 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | 0.00 | 7,315.81 | 14,153.91 |
| 09/10/2025 | Late Fee (09/2025) | 1,143.95 | 0.00 | 21,469.72 |
| 09/01/2025 | Commercial Rent (09/2025) | 7,315.81 | 0.00 | 20,325.77 |
| 08/14/2025 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | 0.00 | 7,315.81 | 13,009.96 |
| 08/12/2025 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | 0.00 | 7,350.81 | 20,325.77 |
| 08/11/2025 | :ACH-WEB NSF receipt Ctrl# 6183 Payment Returned due to insufficient Funds | 0.00 | -7,315.81 | 27,676.58 |
| 08/11/2025 | Late Fee (08/2025) | 1,079.20 | 0.00 | 20,360.77 |
| 08/11/2025 | Returned check charge | 35.00 | 0.00 | 19,281.57 |
| 08/06/2025 | :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services NSFed by ctrl# 6227 Payment Returned due to insufficient Funds | 0.00 | 7,315.81 | 19,246.57 |
| 08/01/2025 | Commercial Rent (08/2025) | 7,315.81 | 0.00 | 26,562.38 |
| 07/29/2025 | Water/Sewer (04/25 - 07/25) | 725.12 | 0.00 | 19,246.57 |
| 07/17/2025 | Late Fee (07/2025) | 821.98 | 0.00 | 18,521.45 |
| 07/01/2025 | Added Security | 1,259.88 | 0.00 | 17,699.47 |
| 07/01/2025 | Commercial Rent (07/2025) | 7,315.81 | 0.00 | 16,439.59 |
| 06/25/2025 | Clickpay Payment Confirmation# A2506231357_VG8LK5/1 | 0.00 | 7,102.73 | 9,123.78 |
| 06/01/2025 | Commercial Rent (06/2025) | 7,102.73 | 0.00 | 16,226.51 |
| 05/14/2025 | Clickpay Payment Confirmation# A2505131148_GT9HH2/1 | 0.00 | 7,102.73 | 9,123.78 |
| 05/01/2025 | Commercial Rent (05/2025) | 7,102.73 | 0.00 | 16,226.51 |
| 04/30/2025 | Water/ Sewer (04/2025) | 702.63 | 0.00 | 9,123.78 |
| 04/09/2025 | ClickPay Payment Confirmation# A2504081524_ZF7PW4/1 | 0.00 | 7,102.73 | 8,421.15 |
| 04/01/2025 | Commercial Rent (04/2025) | 7,102.73 | 0.00 | 15,523.88 |
| 03/04/2025 | ClickPay Payment Confirmation# A2503031253_RR9LV0/1 | 0.00 | 1,545.77 | 8,421.15 |
| 03/04/2025 | ClickPay Payment Confirmation# A2503031252_JJ6QW2/1 | 0.00 | 7,102.73 | 9,966.92 |
| 03/01/2025 | Commercial Rent (03/2025) | 7,102.73 | 0.00 | 17,069.65 |
| 02/06/2025 | ClickPay Payment Confirmation# A2502050934_CF6WS6/1 | 0.00 | 7,102.73 | 9,966.92 |
| 02/01/2025 | Commercial Rent (02/2025) | 7,102.73 | 0.00 | 17,069.65 |

| 01/07/2025 | ClickPay Payment Confirmation# A2501052347_MF1KC5/1 | 0.00 | 7,102.73 | 10,820.40 |
| --- | --- | --- | --- | --- |
| 01/01/2025 | Commercial Rent (01/2025) | 7,102.73 | 0.00 | 17,923.13 |
| 12/31/2024 | | 0.00 | 20,687.55 | 10,820.40 |
| 12/31/2024 | Deposit | 20,687.55 | 0.00 | 31,507.95 |
| 10/01/2024 | Real Estate Taxes 2024/2025 | 10,820.40 | 0.00 | 10,820.40 |