**PlnDue, DsclsDue**

# U.S. Bankruptcy Court
# Eastern District of New York (Brooklyn)
# Bankruptcy Petition #: 1-26-40788-jmm

*Date filed:*  02/19/2026
*341 meeting:*  03/23/2026

*Assigned to:* Jil Mazer-Marino
Chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor*** | represented by **Brian J Hufnagel** |
| **Agi's Cafe LLC** | Morrison Tenenbaum PLLC |
| 818 Franklin Ave | 87 Walker Street, Floor 2 |
| Brooklyn, NY 11225 | New York, NY 10013 |
| KINGS-NY | (212) 620-0938 |
| Tax ID / EIN: 86-3114466 | Fax : (646) 998-1972 |
| | Email: bjhufnagel@m-t-law.com |
| | |
| | **Lawrence Morrison** |
| | 87 Walker Street Floor 2 |
| | New York, NY 10013 |
| | 212-620-0938 |
| | Email: lmorrison@m-t-law.com |

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 02/19/2026 | 1<br>(4 pgs) | Chapter 11 Voluntary Petition for Non-Individuals. Fee Amount $ 1738. Filed by Lawrence Morrison on behalf of Agi's Cafe LLC Chapter 11 Plan due by 06/22/2026. Disclosure Statement due by 06/22/2026. (Morrison, Lawrence) (Entered: 02/19/2026) |
| 02/19/2026 | | Receipt of Voluntary Petition (Chapter 11)( 1-26-40788) [misc,volp11a] (1738.00) Filing Fee. Receipt number A24390642. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 02/19/2026) |
| 02/19/2026 | 2<br>(2 pgs) | Chapter 11 or Chapter 9 Cases Non-Individual: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (Morrison, Lawrence) (Entered: 02/19/2026) |

| | | |
|---|---|---|
| 02/19/2026 | [3](#) (2 pgs) | Verification of List of Creditors Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (Morrison, Lawrence) (Entered: 02/19/2026) |
| 02/19/2026 | [4](#) (6 pgs) | Declaration in Support of Debtor's Chapter 11 Petition Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (Morrison, Lawrence)Modified on 2/19/2026to Add Document Description (rom). (Entered: 02/19/2026) |
| 02/19/2026 | [5](#) (2 pgs) | Statement of Corporate Ownership filed. Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (Morrison, Lawrence) (Entered: 02/19/2026) |
| 02/19/2026 | [6](#) (4 pgs) | Refiled Petition Re: Forms Modernization 2015 (Pgs 1-4)for Non-Individuals; Added EIN Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (Morrison, Lawrence) (Entered: 02/19/2026) |
| 02/19/2026 | [7](#) (3 pgs; 2 docs) | Deficient Filing Chapter 11 Statement Pursuant to E.D.N.Y. LBR 1073-2b due by 2/19/2026.Affidavit Pursuant to E.D.N.Y. LBR 1007-4 due 2/19/2026. Corporate Resolution Pursuant to E.D.N.Y. LBR 1074-1(a) due by 2/19/2026. Corporate Ownership Statement Pursuant to FBR 1007(a)(1) due 2/19/2026. Corporate Disclosure Statement Pursuant to FBR 1073-3 due 2/19/2026. Disclosure of Compensation of Attorney for Debtor. 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b) (Official Form 2030) due 3/5/2026. Summary of Assets and Liabilities for Non-Individuals Official Form 206Sum due by 3/5/2026. Schedule A/B due 3/5/2026. Schedule D due 3/5/2026. Schedule E/F due 3/5/2026. Schedule G due 3/5/2026. Schedule H due 3/5/2026. Declaration Under Penalty of Perjury for Non Individual Debtors Official Form 202 due 3/5/2026. List of Equity Security Holders due 3/5/2026. Statement of Financial Affairs Non-Ind Form 207 due 3/5/2026. Incomplete Filings due by 3/5/2026. (rom) (Entered: 02/19/2026) |
| 02/19/2026 | [8](#) (4 pgs; 2 docs) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Lawrence Morrison on behalf of Agi's Cafe LLC. (Attachments: # [1](#) Proposed Order) (Morrison, Lawrence) (Entered: 02/19/2026) |
| 02/20/2026 | [9](#) (3 pgs; 2 docs) | Meeting of Creditors Filed by Office of the United States Trustee. 341(a) meeting to be held on 3/23/2026 at 01:00 PM at USA Toll-Free (888) 330-1716, USA Caller Paid/International Toll (713) 353-7024, Access Code 6982178. (Zipes, Greg) (Entered: 02/20/2026) |
| 02/20/2026 | [10](#) (2 pgs; 2 docs) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information (Related Doc # [8](#)) Signed on 2/20/2026. Incomplete Filings due by 3/19/2026. (rom) (Entered: 02/20/2026) |
| 02/21/2026 | [11](#) (4 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 02/21/2026. (Admin.) (Entered: 02/22/2026) |
| 02/22/2026 | [12](#) (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 02/22/2026. (Admin.) (Entered: 02/23/2026) |
| 02/22/2026 | [13](#) (2 pgs) | BNC Certificate of Mailing with Copy of Order Notice Date 02/22/2026. (Admin.) (Entered: 02/23/2026) |
| 02/23/2026 | [14](#) (3 pgs; 2 docs) | Order Scheduling Initial Case Management Conference. Signed on 2/23/2026 Status hearing to be held on 3/25/2026 at 01:30 PM at |

| | | Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (tml) (Entered: 02/23/2026) |
|---|---|---|
| 02/25/2026 | 15 (4 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 02/25/2026. (Admin.) (Entered: 02/26/2026) |
| 02/26/2026 | 16 (2 pgs) | Notice of Appearance and Request for Notice Filed by Joel M Shafferman on behalf of 1045 Union Associates, LLC (Shafferman, Joel) (Entered: 02/26/2026) |
| 03/17/2026 | 17 (2 pgs) | [DISREGARD- INCORRECT EVENT ATTORNEY TO REFILE] Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) : Rule 2017 statement,2016 Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (Morrison, Lawrence)Modified on 3/18/2026 (rom). (Entered: 03/17/2026) |
| 03/18/2026 | 18 (2 pgs) | Statement *Pursuant to LBR 1073-2(b)* Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (Morrison, Lawrence) (Entered: 03/18/2026) |
| 03/18/2026 | 19 (1 pg) | Statement of Corporate Ownership filed. Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (Morrison, Lawrence) (Entered: 03/18/2026) |
| 03/19/2026 | 20 (15 pgs) | Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) Schedule A/B, Schedule C, Schedule D, Schedule E/F, Schedule G, Schedule H, Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (Morrison, Lawrence) (Entered: 03/19/2026) |
| 03/19/2026 | 21 (7 pgs) | Statement of Financial Affairs for Non-Individuals (Form 207) Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (RE: related document(s)7 Deficient Filing Chapter 11) (Morrison, Lawrence) (Entered: 03/19/2026) |
| 03/20/2026 | | Fee Due Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) (Fee Due) $ 34 (RE: related document(s)20 Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) (No Fee) filed by Debtor Agi's Cafe LLC) (rom) (Entered: 03/20/2026) |
| 03/23/2026 | | Receipt of Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) (Fee Due)(1-26-40788-jmm) [misc,schsfa] ( 34.00) Filing Fee. Receipt number A24478316. Fee amount 34.00. (re: Doc# 20) (U.S. Treasury) (Entered: 03/23/2026) |
| 03/23/2026 | 22 (16 pgs; 3 docs) | Motion to Set Last Day to File Proofs of Claim Filed by Brian J Hufnagel on behalf of Agi's Cafe LLC. (Attachments: # 1 Proposed Notice of Bar Date # 2 Proposed Order) (Hufnagel, Brian) (Entered: 03/23/2026) |
| 03/25/2026 | | Hearing Held and Adjourned; Appearances: Brian J Hufnagel Representing Debtor, Joel M Shafferman Representing 1045 Union Associates, LLC; (related document(s): 14 Order Scheduling Initial Case Management Conference) Status hearing to be held on 06/10/2026 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (AngelaHoward) (Entered: 04/01/2026) |
| 04/01/2026 | 23 (2 pgs) | Notice of Appearance and Request for Notice Filed by Jeffrey K Cymbler on behalf of NYS Department of Taxation & Finance (Cymbler, Jeffrey) (Entered: 04/01/2026) |

| | | |
|---|---|---|
| 06/09/2026 | 24 (8 pgs; 3 docs) | Motion to Dismiss Case Filed by Lawrence Morrison on behalf of Agi's Cafe LLC. Hearing scheduled for 7/22/2026 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # 1 Proposed Order # 2 Notice) (Morrison, Lawrence) (Entered: 06/09/2026) |
| 06/09/2026 | 25 (2 pgs) | Affidavit/Certificate of Service Filed by Lawrence Morrison on behalf of Agi's Cafe LLC (RE: related document(s)24 Motion to Dismiss Case filed by Debtor Agi's Cafe LLC) (Morrison, Lawrence) (Entered: 06/09/2026) |
| 06/10/2026 | | Hearing Held and Adjourned; Appearances: Brian J Hufnagel Representing Debtor - Status hearing to be held on 07/22/2026 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (RE: related document(s)14 Order Scheduling Initial Case Management Conference) (tml) (Entered: 06/12/2026) |

### PACER Service Center

#### Transaction Receipt

| 07/02/2026 11:03:48 | | | |
|---|---|---|---|
| **PACER Login:** | shaffermanjoel | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1-26-40788-jmm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |