UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
In Re:

AGI'S CAFE LLC,

                    Debtor.

----------------------------------------------------X

**Hearing Date and Time**
**July 22, 2026 at 10:00 a.m.**

Chapter 11

Case No.  1-26-40788-jmm

### RESPONSE TO DEBTOR'S MOTION FOR AN ORDER DISMISSING CHAPTER 11 CASE

**TO THE HONORABLE JIL MAZER-MARINO,
CHIEF UNITED STATES BANKRUPTCY JUDGE**:

1045 Union Associates, LLC  ("1045 Union"), by its attorneys Kucker Marino Winiarsky & Bittens, LLP, as and for its response to the motion of Agi's Café LLC, the debtor and debtor in possession (the "Debtor"), seeking the dismissal of its Chapter 11 case [ECF Doc. No. 24] (the "Dismissal Motion"), respectfully represents, upon information and belief, as follows:

1.      On June 28, 2021, 1045 Union, as lessor, and the "Debtor, as lessee entered into a ten (10) year non-residential commercial lease for the premises known as and located 818 Franklin Avenue, Brooklyn, New York 11225 (the "Premises") where the Debtor operated a restaurant called "Agi's Café".

2.      On February 19, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United State Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York.

3.      As of the Petition Date, the Debtor owed 1045 Union the sum of $57,067.40 for rent and additional rent, as that term is defined in the Lease (the "Claim").

1

4.      On June 9, 2026, the Debtor filed the Dismissal Motion, which is scheduled to be heard on July 22, 2026 at 10:00 am.

5.      Pursuant to section 365(d)(4)(A)(i) of the Bankruptcy Code the 120-day deadline in this case for the Debtor to assume or reject the Lease (the "Election Period") or seek an extension of the Election Period expired at 11:59 pm on June 19, 2026.

6.      The Debtor did not file a motion in this case seeking either to assume the Lease or to extend the Election Period and ceased conducting business at the Premises on July 5, 2026. The Debtor has not yet vacated the Premises.

7.      On July 2, 2026, 1045 Union filed a motion with this Court seeking an order: (i) deeming the Lease to be rejected by operation of law pursuant to section 365 the Bankruptcy Code"); (ii) compelling the Debtor to immediately surrender possession of the Premises and remove all personal property from the Premises; (iii) to the extent necessary, modifying the automatic stay provisions of section 362(a) of the Bankruptcy Code to allow to 1045 Union to terminate the Lease and obtain possession of the Premises; and (iv) granting 1045 Union such other and further relief as may be just and proper [ECF Doc.#26] (the "Rejection Motion"). The Rejection Motion is scheduled to be heard on July 22, 2026, the same time that the Dismissal Motion is scheduled to be heard.

8.      While the dismissal of a bankruptcy case returns the parties, to the extent possible, to a pre-bankruptcy status. 11 U.S.C. § 349(b), it does not, however, reinstate a rejected lease *Eg. In re Tri-Glied, Ltd.* 179 B.R. 1014, 1023 (Bankr. S.D.N.Y. 1995).

9.      Therefore, 1045 Union has filed this response to request that if this Court grants the Rejection Motion the order dismissing the Debtor's Chapter 11 case provide that the dismissal order

2

does not revest or reinstate in the Debtor any rights that it had in the Lease prior to the rejection of the Lease.

DATED:    New York, New York
               July 15, 2026

> Kucker Marino Winiarsky & Bittens, LLP
> Attorneys for 1045 Union Associates, LLC
>
> By: /S/ Joel M. Shafferman_____
>     Joel M. Shafferman, Of Counsel
>     747 Third Avenue
>     New York, New York 10017
>     Telephone: (212) 869-5030
>     Mobile:      (917) 847-8050
>     Email: jshafferman@kuckermarino.com